| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

AARON STEWARD,

        Plaintiffs,

   v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.

Case No. 18-cv-04119-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 29, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: August 16, 2019.

DESIGNATION OF EXPERTS: September 20, 2019; REBUTTAL: October 18, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: November 15, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 24, 2020;
    Opp. Due: February 7, 2020; Reply Due: February 14, 2020;
    and set for hearing no later than February 28, 2020 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 5, 2020 at 3:30 PM.

JURY TRIAL DATE: May 18, 2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to exchange initial disclosures by 10/26/18. The Court set 1/7/19 as the deadline to amend the complaint. ENE shall occur in 03/20. Plaintiff shall take up to 15 depositions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/9/18

SUSAN ILLSTON
United States District Judge