SARAH MARINHO, SBN 293690
DMITRY STADLIN, SBN 302361
**STADLIN MARINHO LLP**
111 N. Market St., Suite 300
San Jose, California 95113
T: (408) 645-7801
F: (408) 645-7802
sm@stadlinmarinho.com


ROBERT R. POWELL, SBN 159747
**POWELL & ASSOCIATES**
925 W. Hedding St.
San Jose, California 95126
T: (408) 553-0201
F: (408) 553-0202
rpowell@rrpassociates.com


Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| AARON STEWARD<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-04119-SI<br><br>**STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, FOR DEFENDANTS' REPLY AND FOR PAGE LIMIT EXTENSION** |

　　　WHEREAS Plaintiffs filed this action on July 11, 2018 (ECF No. 1);

　　　WHEREAS Defendants filed a Motion for Partial Summary Judgment on January 24, 2020 (ECF No. 58);

　　　WHEREAS the Motion to for Partial Summary Judgment contains 35 pages of briefing on many distinct issues and includes more than 26 declarations and exhibits, including hours of media;

1  WHEREAS Defendants' motion is set for hearing on February 28, 2020;

2  WHEREAS counsel for the parties have met and conferred and agreed to a
3 schedule for Plaintiff to file his Opposition to the Motion for Partial Summary Judgment
4 on February 14, 2020, and for Defendants to file their reply on February 21, 2020;

5  WHEREAS these stipulated dates do not impact any other scheduled dates in
6 this matter;

7  WHEREAS the parties are not requesting that the hearing on February 28, 2020
8 be moved;

9  WHEREAS the parties agree that Plaintiff may have a page limit extension of ten
10 pages for a total of 35 pages for his Opposition;

11  WHEREAS this stipulation is supported by the accompanying Declaration of
12 Sarah Marinho.

13  //

NOW THEREFORE, the parties, by their undersigned counsel of record, hereby stipulate and agree that the Court order the following schedule with respect to plaintiff's motions:

1. Plaintiffs shall have until **February 14, 2020**, to file their Opposition to the Motion to for Partial Summary Judgment (ECF No. 58)

2. Defendants shall have until **February 21, 2020**, to file Reply papers to plaintiff's Opposition.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: February 3, 2020                    Respectfully Submitted,

/s/ Sarah E. Marinho
Sarah E. Marinho
Attorney for Plaintiffs

Dated: February 3, 2020

 /s/ Winifred Botha
Winifred Botha
Attorney for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____          _____
                                Susan Illston
                                United States District Judge