SARAH MARINHO, SBN 293690
DMITRY STADLIN, SBN 302361
**STADLIN MARINHO LLP**
111 N. Market St., Suite 300
San Jose, California 95113
T: (408) 645-7801
F: (408) 645-7802
sm@stadlinmarinho.com

ROBERT R. POWELL, SBN 159747
**POWELL & ASSOCIATES**
925 W. Hedding St.
San Jose, California 95126
T: (408) 553-0201
F: (408) 553-0202
rpowell@rrpassociates.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| AARON STEWARD<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.: 18-CV-04119-SI<br><br>**DECLARATION OF SARAH E. MARINHO IN SUPPORT OF STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, FOR DEFENDANTS' REPLY AND FOR PAGE LIMIT EXTENSION** |

I, SARAH E. MARINHO, declare:

1. I am attorney of record for Plaintiff Aaron Steward in the above-captioned case.

2. I have personal knowledge of the facts below, and if called upon to do so, I could competently testify under oath.

STIPULATION TO ENLARGE TIME                                          18-cv-04119-SI

3. Defendants Motion for Partial Summary Judgment filed on January 24, 2020 (ECF No. 58) contains 35 pages of briefing on many distinct issues and includes more than 26 declarations and exhibits, including hours of media.

4. Winifred Botha, counsel for Defendants, has agreed to stipulate to a ten-page-extension of the page limit for Plaintiff's Opposition.

5. Ms. Botha has further agreed to a seven-day enlargement of time for Plaintiff to file his Opposition to the Motion for Partial Summary Judgment, with the understanding that Defendants' Reply brief would also receive a seven-day extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 3, 2020                             Respectfully Submitted,

/s/ Sarah E. Marinho
Sarah E. Marinho
Attorney for Plaintiffs